Precinct: 113
Accident No.: MV-2021-113-000556
Complaint Number:
☐ **AMENDED REPORT**

## Accident Information

| Field | Value |
|---|---|
| Accident Date | Month 4, Day 5, Year 2021 |
| Day of Week | MONDAY |
| Military Time | 22:30 |
| No. of Vehicles | 2 |
| No. Injured | 1 |
| No. Killed | 0 |
| Not Investigated at Scene | ☐ |
| Reconstructed | ☐ |
| Left Scene | ☐ |
| Police Photos | ☐ Yes ☑ No |

## Vehicle 1

- VEHICLE 1 - Driver License ID Number: M06914336108921
- State of Lic.: NJ
- Driver Name: MARTINEZ, KEVIN
- Address: 646 MAPLE AVE, Apt. No. 1F
- City: ELIZABETH, State: NJ, Zip: 07202
- Date of Birth: 8/30/1992
- Sex: M
- No. of Occupants: 2
- Name on registration: RYDER TRUCK RENTAL INC
- Sex: U
- Address: 11690 NW 105TH ST
- City: MIAMI, State: FL, Zip: 33178
- Plate Number: 2732821
- State of Reg.: IN
- Vehicle Year & Make: 2019 VOLVO
- Vehicle Type: BOX TRUCK
- Ins. Code: 4

## Vehicle 2

☑ VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

- VEHICLE 2 - Driver License ID Number: 899997743
- State of Lic.: NY
- Driver Name: TAVAREZ HERNANDEZ, EURY
- Address: 77-09 169 STREET
- City: QUEENS, State: NY, Zip: 11366
- Date of Birth: 1/29/1992
- Sex: M
- No. of Occupants: 1
- Name on registration: EAN HOLDINGS INC
- Sex: U
- Address: 1512 W 4TH ST
- City: ONTARIO, State: OH, Zip: 44906
- Plate Number: HCK3731
- State of Reg.: OH
- Vehicle Year & Make: 2020 MITS
- Vehicle Type: SW/SUV
- Ins. Code: 999

## Vehicle Damage

**VEHICLE 1 DAMAGE CODES**
- Box 1 - Point of Impact: 11
- Box 2 - Most Damage: 11
- Additional: 3, 4, 5

**VEHICLE 2 DAMAGE CODES**
- Box 1 - Point of Impact: 5
- Box 2 - Most Damage: 5
- Additional: 4

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

## Accident Diagram

DIAGRAM ATTACHED ON SUBSEQUENT PAGE
2 SIDE SWIPE (SAME DIR)

Cost of repairs to any one vehicle will be more than $1000. ☑ Yes

## Location

Place Where Accident Occurred: ☑ QUEENS

Road on which accident occurred: 678I S/B VAN WYCK EXPWY
of 133RD AVE

Reference Marker: 6 7 8 I / X 5 M 1 / 2 0 0 5
Latitude/Northing: 40.669243
Longitude/Easting: -73.80129

## Accident Description/Officer's Notes

AT TIME AND PLACE OF OCCURENCE, DURING SLOW TRAFFIC, DRIVER 1 STATES HE WAS HALFWAY THRU SWITCHING FROM THE RIGHT LANE TO THE MIDDLE LANE, WHEN VEHICLE 2 TRAVELING IN THE MIDDLE LANE, SLOWED DOWN AND THEN SUDDENLY ACCELERATED, RESULTING IN VEHICLE 2 SIDE SWIPING VEHICLE 1. DRIVER 2 STATES HE WAS IN THE MIDDLE LANE, WHEN VEHICLE 1 WAS SWITCHING LANES AND SIDE SWIPED HIS VEHICLE. DRIVER 2 COMPLAINED OF BACK PAIN, BUT

## All Involved

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 28 | M | - | - | - | - | - | MARTINEZ, KEVIN | |
| B | 1 | 3 | 4 | 1 | 23 | M | - | - | - | - | - | HOSSEN, MOHAMED, R | |
| C | 2 | 1 | 4 | 1 | 29 | M | 6 | 12 | 6 | - | - | TAVAREZ HERNANDEZ, EURY | |

Officer's Rank and Signature: POM
Print Name: ANASTASIOS TSAKOS
Tax ID No.: 943896
NCIC No.: 03030
Precinct: 413
Reviewing Officer: SGT KEVIN F MORAN
Date/Time Reviewed: 04/26/2021 07:59

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.
Mark J.F. Schroeder
COMMISSIONER OF MOTOR VEHICLES

# POLICE ACCIDENT REPORT (NYC)
**New York State Department of Motor Vehicles**
MV-104AN (7/11)

Precinct: 113
Accident No.: MV-2021-113-000556
Complaint Number:
☐ AMENDED REPORT

| Accident Date | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene / Reconstructed | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|
| Month 4 Day 5 Year 2021 | MONDAY | 22:30 | 2 | 1 | 0 | ☐ | ☐ | ☐ Yes ☑ No |

**VEHICLE** | ☐ VEHICLE ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

(Driver/vehicle info fields blank)

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

**ACCIDENT DIAGRAM**
DIAGRAM ATTACHED ON SUBSEQUENT PAGE
2 SIDE SWIPE (SAME DIR)

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☐ Yes  ☐ No

| Reference Marker | Coordinates |
|---|---|
| 6 7 8 I | Latitude/Northing: 40.669243 |
| X 5 M 1 | |
| 2 0 0 5 | Longitude/Easting: -73.80129 |

Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☐ NEW YORK ☑ QUEENS ☐ RICHMOND

Road on which accident occurred: **678I S/B VAN WYCK EXPWY**
at 1) intersecting street _____
or 2) ___ Feet/Miles ☐N ☐S ☐E ☐W of **133RD AVE**

**Accident Description/Officer's Notes:** REFUSED MEDICAL ATTENTION AT THE SCENE. UNKNOWN HOW THAT INJURY GOT SUSTAINED. A SIDE SWIPE COLLISION, DOES NOT CAUSE BACK PAIN. INSURANCE FRAUD SUSPECTED. NO OTHER INJURIES CLAIMED OR VISIBLE. BOTH VEHICLES WERE ON THE SERVICE ROAD, HEADING SOTH BOUND.

ALL INVOLVED

| Officer's Rank and Signature | Tax ID No. | NCIC No. | Precinct | Post/Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| POM | 943896 | 03030 | 413 | | SGT KEVIN F MORAN | 04/26/2021 07:59 |

Print Name: ANASTASIOS TSAKOS

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

Side Swipe (same dir) : MV-2021-113-000556
Reporting Officer : POM ANASTASIOS TSAKOS
ABS-7 (1/19)
Reviewing Officer : SGT KEVIN F MORAN Reviewed Date : 04/26/2021 07:59



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark J.F. Schroeder
COMMISSIONER OF MOTOR VEHICLES