**ID Number: 801136884**  [Request certificate] [Return to Results] [New search]

**Summary for:** DOMINO'S PIZZA LLC

**The name of the DOMESTIC LIMITED LIABILITY COMPANY:** DOMINO'S PIZZA LLC

---

**The name was changed from:** DOMINO'S PIZZA I LLC **on** 05-12-2000

---

**Entity type:** DOMESTIC LIMITED LIABILITY COMPANY

**Identification Number:** 801136884  **Old ID Number:** B62203

---

**Date of Organization in Michigan:** 10/27/1999

---

**Purpose:** All Purpose Clause

**Term:** Perpetual

---

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | THE CORPORATION COMPANY |
| Street Address: | 40600 ANN ARBOR RD E STE 201 |
| Apt/Suite/Other: | |
| City: | PLYMOUTH    State: MI    Zip Code: 48170 |

**Registered Office Mailing address:**

| | |
|---|---|
| P.O. Box or Street Address: | 40600 ANN ARBOR RD E STE 201 |
| Apt/Suite/Other: | |
| City: | ANN ARBOR    State: MI    Zip Code: 48170 |

---

**Act Formed Under:** 023-1993 Michigan Limited Liability Company Act

---

**Managed By:**

Managers

---

[View Assumed Names for this Business Entity]

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT

[View filings]

**Comments or notes associated with this business entity:**

Copyright 2021 State of Michigan