**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2282121 | Incorporation Date / Formation Date: | 12/17/1991 (mm/dd/yyyy) |
| Entity Name: | DOMINO'S, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON    County: New Castle |
| State: | DE    Postal Code: 19801 |
| Phone: | 302-658-7581 |

Additional information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status  ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]    [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.